# Exhibit 1

# ASSIGNMENT OF OWNER AGREEMENT

"OWNER": RAJIV GOSAIN OR HIS DESIGNATED ASSIGNEE
"MANAGER": UTOPIAN LVH, INC.
"INVESTOR": VACATION FUTURES, INC (D/B/A RENTED.COM)
COMMENCEMENT DATE: OCTOBER 1, 2018

Rajiv Gosain ("Owner") Hereby Assigns The Above-Referenced Contract In Its Entirety To Happy Valley Road LLC, A Delaware Limited Liability Company

DATED: October 15, 2018

_[signature]_
RAJIV GOSAIN

HAPPY VALLEY ROAD, LLC, a Delaware Limited Liability Company, hereby accepts the assignment of said agreement, agrees to fully perform the duties as set forth in said Owner Agreement to be performed by "Owner".

DATED:          October 15, 2018

HAPPY VALLEY ROAD LLC

By: _[signature]_

Name:    Rajiv Gosain
Title:    Manager
Address:  2227 US Hwy 1, #147
          North Brunswick, NJ, 08902

Phone:    (917) 216 7755
E-mail:   hvrllc@gmail.com

Page 1 of 1