1  Chet A. Kronenberg (State Bar No. 222335)
   ckronenberg@stblaw.com
2  SIMPSON THACHER & BARTLETT LLP
   1999 Avenue of the Stars, 29th Floor
3  Los Angeles, California  90067
   Telephone:     (310) 407-7500
4  Facsimile:     (310) 407-7502

5  Bonnie Jarrett (*pro hac vice*)
   bonnie.jarrett@stblaw.com
6  SIMPSON THACHER & BARTLETT LLP
   425 Lexington Avenue
7  New York, New York 10017
   Telephone:     (212) 455-2000
8  Facsimile:     (212) 455-2502

9  *Attorneys for Defendant AmGUARD Insurance Company*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| HAPPY VALLEY ROAD LLC, | Case No.: 3:22-cv-06115-LB |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |
| v. | |
| AMGUARD INSURANCE COMPANY, | |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Happy Valley Road LLC ("Plaintiff") and Defendant AmGUARD Insurance Company ("Defendant"), by and through their respective duly-authorized counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff's Second Amended Complaint (for breach of contract and for breach of the covenant of good faith and fair dealing) shall be and hereby is dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS SO STIPULATED, BY AND THROUGH COUNSEL FO RECORD.**

DATED: August 21, 2024            /s/ Chet A. Kronenberg
                                  Attorneys for AmGUARD

DATED:  August 21, 2024           /s/ T. Connor O'Carroll
                                  Attorneys for Plaintiff

**FILER'S ATTESTATION**

Pursuant to Section 5-1(i)(3) of the Local Rules of the United States District Court for the Northern District of California, I certify that authorization for the filing of this document has been obtained from the other signatory shown above and that said signatory has authorized placement of his electronic signature on this document.

Executed on August 21, 2024.

/s/ Chet A. Kronenberg
CHET A. KRONENBERG